AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Funds in Bank of America checking account number xxxxxxxx7468 up to and including $295,328.38, held in the name of "**Brotherhood of Men, Inc**."

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I _____Ronald D. Williams_____ being duly sworn depose and say:

I am a(n) __Special Agent with the Internal Revenue Service__ and have reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Funds in Bank of America checking account number xxxxxxxx7468, up to and including $295,328.38, held in the name of "**Brotherhood of Men, Inc**."

which is (state one or more bases for seizure under the United States Code)

subject to seizure under 18 U.S.C. § 981(b) as property subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) (property that constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 (Wire Fraud) (as incorporated by 18 U.S.C. § 1956(c)(7) and further incorporated by 18 U.S.C. § 1961(1)), and as property subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(A) (property involved in Money Laundering in violation of 18 U.S.C. § 1957)

concerning a violation of Title 18 United States Code, Section(s) <u>1343 and 1957</u>. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

William R. Cowden
Asset Forfeiture Unit, Criminal Division
(202) 307-0258

Signature of Affiant
Ronald D. Williams, Special Agent
Internal Revenue Service

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer