AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Funds in Bank of America checking account number 001922787468 up to and including $295,328.38, held in the name of "**Brotherhood of Men, Inc.**"

**SEIZURE WARRANT**

CASE NUMBER: 05 - 0411M - 01

TO: Ronald D. Williams, IRS, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Ronald D. Williams who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Funds in Bank of America checking account number 001922787468 up to and including $295,328.38, held in the name of "**Brotherhood of Men, Inc.**"

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 22 2005 @ 1:00 pm    at Washington, D.C.

Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer    Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/22/2005 | 7/22/2005 1:30pm | Viola Scott, Senior Personal Banker |

INVENTORY MADE IN THE PRESENCE OF SPECIAL AGENT KELLY BENDER, FBI AGENT

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Bank Acct No. 0019227874b8
Spoke to Nancy Hoadley 954-928-1438. Cashiers check to be Federal Expressed.
$13,367.53



FILED

OCT 0 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*Ronald W. Williams*

Subscribed, sworn to, and returned before me this date.

_____      10/4/05
U.S. Judge or U.S. Magistrate Judge     Date

**Bank of America.**

Cashier's Check   No. 9479002597

Bank of America, N.A.
San Antonio, Texas
National Legal Order Processing 075/0006143
NBKNMH0

Void Over 90 Days        30-17/1140    DATE 07/27/2005 05:23:29 PM

PAY  BANK OF AMERICA  ONE THREE THREE SIX SEVEN 53 CTS CTS        ******$13,367.53

To The Order Of: U S DEPARTMENT OF TREASURY
IRS - CID

Remitter: BROTHERHOOD OF MEN, INC-05-0411M-01 Void Over $ 13,367.53

*Lucila Lang*
AUTHORIZED SIGNATURE

⑆9479002597⑆ ⑈114000019⑈ 0016410020 39⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.